# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

137727

GWENDOLYN NEILL, Personal Representative
of the Estate of William J. Neill, IV,
        Plaintiff-Appellant,

v

STEEL MASTER TRANSFER, INC.,
        Defendant-Appellee,
and

ROZAFA TRANSPORT, INC., and GJERGI
RROGOMI,
        Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137727
COA: 279122
Macomb CC: 06-000744-NO

On order of the Court, the application for leave to appeal the October 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

0325

_____
Clerk